IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Amato, Judith | Case Number:  06 B 10811 |
| | Judge:  Wedoff, Eugene R |
| Printed:  7/24/07 | Filed:  8/31/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  July 18, 2007
Confirmed:  October 19, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,234.66 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,174.80 |
| Trustee Fee: |  | 59.86 |
| Other Funds: |  | 0.00 |
| Totals: | 1,234.66 | 1,234.66 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | John C Dent Ltd. | Administrative | 3,000.00 | 1,174.80 |
| 2. | Capital One | Unsecured | 1,720.50 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 471.48 | 0.00 |
| 4. | Worldwide Financial Capital Bank | Unsecured | 141.11 | 0.00 |
| 5. | Juniper Bank | Unsecured | 1,162.58 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 15,962.20 | 0.00 |
| 7. | Capital One | Unsecured | 464.02 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,051.21 | 0.00 |
| 9. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 870.17 | 0.00 |
| 10. | Fingerhut | Unsecured | 309.51 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 405.00 | 0.00 |
| 12. | State Farm Bank | Secured |  | No Claim Filed |
| 13. | National City Bank | Secured |  | No Claim Filed |
| 14. | Direct Merchants | Unsecured |  | No Claim Filed |
| | | | $ 25,557.78 | $ 1,174.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 54.46 |
| 5.4% | 5.40 |
| | $ 59.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Amato, Judith

Printed:  7/24/07

Case Number:  06 B 10811
Judge:  Wedoff, Eugene R
Filed:  8/31/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_